# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:25−cv−04473−JD

| | |
|---|---|
| Heabeart et al v. Coinbase, Inc. et al | Date Filed: 05/27/2025 |
| Assigned to: Judge James Donato | Date Terminated: 11/03/2025 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joel Heabeart**      represented by      **Mario P. Tafur**
Bulldog Law, P.C.
500 N. Central Ave., Suite 610
Glendale, CA 91203
(949) 649−3007
Email: mario@thebulldog.law
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
Berwish Law
2 Anderson Lane
Princeton, NJ 08540
(800) 547−8717
Fax: (888) 743−4723
Email: berwish@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Kelley**      represented by      **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noel Yount**      represented by      **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Alatriz**                              represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Toal**                                 represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Elder**                              represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Roser**                              represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Douglas**                               represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Farrell**                                 represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Lucanera**                                represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Canfield**                              represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Haak**                                 represented by **Mario P. Tafur**
*TERMINATED: 07/22/2025*                        (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward C. Toal** represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cecilia Lucanera** represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Michael Smith** represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Moran** represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Duncan** represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dylan Michaud** | represented by | **Mario P. Tafur** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Philip R Berwish , I** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joel Miller** | represented by | **Mario P. Tafur** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Philip R Berwish , I** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dylan Myburgh** <br> *TERMINATED: 10/09/2025* | represented by | **Mario P. Tafur** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Philip R Berwish , I** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Coinbase, Inc.** | represented by | **Randall Scott Luskey** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 535 Mission Street <br> 24th Floor <br> San Francisco, CA 94105 <br> (628) 432–5100 <br> Email: rluskey@paulweiss.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Kristina Bunting** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> (212) 373–3503 <br> Email: kbunting@paulweiss.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Michael J. Pisem** |

                                        Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373–3503
Email: mpisem@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
(202) 223–7440
Email: pbrachman@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coinbase Global, Inc.**  represented by  **Randall Scott Luskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Bunting**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Pisem**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Armstrong**  represented by  **Randall Scott Luskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Bunting**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Pisem**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2025 | Ï 1 | COMPLAINT *For Damages* against All Defendants ( Filing fee $ 405, receipt number ACANDC−20722435.). Filed by Edward Toal, Noel Yount, Jeremy Haak, Joel Heabeart, Brian Canfield, Ian Farrell, Amy Lucanera, Madeline Elder, Victoria Roser, Laura Douglas, Israel Alatriz, Kyle Kelley. (Attachments: # 1 Civil Cover Sheet)(Tafur, Mario) (Filed on 5/27/2025) Modified on 5/28/2025. Counsel failed to add all parties/filers during case opening (krp, COURT STAFF). (Entered: 05/27/2025) |
| 05/27/2025 | Ï 2 | Summons Returned Unexecuted by Edward Toal, Noel Yount, Joel Miller, Jeremy Hank, Joel Heabeart, Bryan Canfield, Ian Farrell, Maria Cecilia Lucanera, Dylan Michaud, Aaron Duncan, Madeline Elder, Victoria Roser, Laura Douglas, Israel Alatriz, Kyle Kelley, Dylan Myburgh, Justin Moran as to All Defendants. (Attachments: # 1 Summons, # 2 Summons)(Tafur, Mario) (Filed on 5/27/2025) (Entered: 05/27/2025) |
| 05/28/2025 | Ï 3 | Case assigned to Magistrate Judge Donna M. Ryu. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 6/11/2025. (smc, COURT STAFF) (Filed on 5/28/2025) (Entered: 05/28/2025) |
| 05/28/2025 | Ï | Electronic filing error. ***Incorrect event used. This filing will not be processed by the Clerk's Office. Please re−file in its entirety, using event: **Proposed Summons**. Within ECF, select: *Civil Events > Other Filings > Other Documents > Proposed Summons*.*** Re: 2 Summons Returned Unexecuted, filed by Laura Douglas, Kyle Kelley, Edward Toal, Joel Heabeart, Madeline Elder, Israel Alatriz, Noel Yount, Ian Farrell, Victoria Roser (krp, COURT STAFF) (Filed on 5/28/2025) (Entered: 05/28/2025) |
| 05/28/2025 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/27/2025. Initial Case Management Conference set for 9/3/2025 01:30 PM in Oakland, – Videoconference Only. (krp, COURT STAFF) (Filed on 5/28/2025) (Entered: 05/28/2025)** |
| 06/12/2025 | Ï 5 | CLERK'S NOTICE TO PLAINTIFFS Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 6/26/2025. (ig, COURT STAFF) (Filed on 6/12/2025) (Entered: 06/12/2025) |
| 06/13/2025 | Ï 6 | Proposed Summons. (Attachments: # 1 Summons, # 2 Summons)(Tafur, Mario) (Filed on 6/13/2025) (Entered: 06/13/2025) |
| 06/16/2025 | Ï 7 | Summons Issued as to Brian Armstrong, Coinbase Global, Inc., Coinbase, Inc. (krp, COURT |

| | | |
|---|---|---|
| | | STAFF) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/30/2025 | Ï 8 | SECOND CLERK'S NOTICE TO PLAINTIFFS Re: Consent or Declination: Plaintiff shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 7/14/2025. (ig, COURT STAFF) (Filed on 6/30/2025) (Entered: 06/30/2025) |
| 07/11/2025 | Ï 9 | NOTICE by Coinbase, Inc. *Consent or Declination to Magistrate Judge Jurisdiction* (Tafur, Mario) (Filed on 7/11/2025) (Entered: 07/11/2025) |
| 07/11/2025 | Ï 10 | CLERK'S NOTICE Re: Consent or Declination: Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.) Consent/Declination due by 7/25/2025. (afm, COURT STAFF) (Filed on 7/11/2025) Modified on 7/11/2025 (afm, COURT STAFF). (Entered: 07/11/2025) |
| 07/14/2025 | Ï | Electronic filing error. ***Incorrect event used. Please re−file in its entirety, using event: Consent/Declination to Proceed Before a US Magistrate Judge. Within ECF, select: *Civil Events > Other Filings > Other Documents > Consent/Declination to Proceed Before a US Magistrate Judge.*** Re: 9 Notice (Other) filed by Coinbase, Inc. (krp, COURT STAFF) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/15/2025 | Ï 11 | MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Edward Toal, Madeline Elder, Victoria Roser, Laura Douglas, Ian Farrell, Joel Heabeart, Amy Lucanera, Brian Canfield, Kyle Kelley, Jeremy Haak, Noel Yount, Israel Alatriz. (Attachments: # 1 Exhibit)(Tafur, Mario) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/15/2025 | Ï 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Joel Heabeart.. (Tafur, Mario) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/15/2025 | Ï 13 | **ORDER: Pursuant to Civ. L.R. 7−2(c) and Judge Ryu's standing order, Plaintiffs were required to file a proposed order accompanying their motion which states their requested relief, and also email it to dmrpo@cand.uscourts.gov. Furthermore, Plaintiffs state in their brief that Defendants accepted service on 6/17/25, but no proof of service has been filed on the record. The court notes that if Defendants were served on 6/17/25, a responsive pleading was due on 7/8/25. Fed. R. Civ. P. 12(a)(1)(A)(i). By 7/18/25, Plaintiffs shall file a proof of service and a proposed order in compliance with the above. Signed by Chief Magistrate Judge Donna M. Ryu on 7/15/2025.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(dmrlc2, COURT STAFF) (Filed on 7/15/2025) (Entered: 07/15/2025)** |
| 07/17/2025 | Ï 14 | First MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Edward Toal, Madeline Elder, Victoria Roser, Laura Douglas, Ian Farrell, Joel Heabeart, Amy Lucanera, Brian Canfield, Kyle Kelley, Jeremy Haak, Noel Yount, Israel Alatriz. (Attachments: # 1 Proposed Order)(Tafur, Mario) (Filed on 7/17/2025) (Entered: 07/17/2025) |
| 07/18/2025 | Ï | Electronic filing error. ***The judge's initials are missing from the case number for this filing. Counsel need not re−file the document, but should reference the correct judge's name/initials on future filings.*** Re: 14 First MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Brian Canfield, Amy Lucanera, Laura Douglas, Kyle Kelley, Edward Toal, Joel Heabeart, Madeline Elder, Israel Alatriz, Noel Yount, Jeremy Haak, Ian Farrell, Victoria Roser (krp, COURT STAFF) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | Ï 15 | **ORDER granting Plaintiffs' Amended Motion for Leave to File First Amended Complaint 14 ***AS MODIFIED. First Amended Complaint shall be filed by 7/23/2025. Signed by Chief** |

| | | |
|---|---|---|
| | | **Magistrate Judge Donna M. Ryu on 7/18/2025. (dmrlc2, COURT STAFF) (Filed on 7/18/2025) (Entered: 07/18/2025)** |
| 07/22/2025 | 16 | FIRST AMENDED COMPLAINT against All Defendants. Filed by Noel Yount, Israel Alatriz, Kyle Kelley, Joel Heabeart, Mara Cecilia Lucanera, Edward C. Toal, James Michael Smith, Justin Moran, Aaron Duncan, Dylan Michaud, Joel Miller, Dylan Myburgh. (Tafur, Mario) (Filed on 7/22/2025) Modified on 7/23/2025. Counsel failed to add all parties/filers. (krp, COURT STAFF). (Entered: 07/22/2025) |
| 07/25/2025 | 17 | NOTICE of Appearance filed by Randall Scott Luskey on behalf of Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong (Luskey, Randall) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 18 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong.. (Luskey, Randall) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 19 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ig, COURT STAFF) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 20 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge James Donato. Magistrate Judge Donna M. Ryu no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*<br><br>(amf, COURT STAFF) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/28/2025 | 21 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 9/11/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Case Management Statement due by 9/4/2025. Signed by Judge James Donato on 7/28/2025. (lrc, COURT STAFF) (Filed on 7/28/2025) (Entered: 07/28/2025)** |

| | | |
|---|---|---|
| 08/04/2025 | 22 | STIPULATION WITH PROPOSED ORDER *RE TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/08/2025 | 23 | **ORDER FINDING CASES NOT RELATED.** Signed by Judge Maxine M. Chesney on August 8, 2025. (mmclc2, COURT STAFF) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/11/2025 | 24 | **ORDER re Stipulation Regarding Time to Answer or Respond to Amended Complaint, Dkt. No. 22. Signed by Judge James Donato on 8/11/2025. (jdlc3, COURT STAFF) (Filed on 8/11/2025) (Entered: 08/11/2025)** |
| 08/22/2025 | 25 | ADR Clerks Notice re: Non−Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3−5(b) and shall file the ADR Certification. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*(cmf, COURT STAFF) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/22/2025 | 26 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Brian Armstrong* (Luskey, Randall) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/22/2025 | 27 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Coinbase Global, Inc.* (Luskey, Randall) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/22/2025 | 28 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Coinbase, Inc.* (Luskey, Randall) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 09/04/2025 | 29 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 30 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 31 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 32 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 33 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 34 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 35 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 36 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 37 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 38 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 39 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |

| | | |
|---|---|---|
| 09/04/2025 | 40 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/04/2025 | 41 | JOINT CASE MANAGEMENT STATEMENT filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 9/4/2025) Modified on 9/5/2025. Incorrect event (krp, COURT STAFF). (Entered: 09/04/2025) |
| 09/05/2025 | 42 | STIPULATION WITH PROPOSED ORDER *RE TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 09/08/2025 | 43 | First MOTION for leave to appear in Pro Hac Vice *by Attorney Philip R. Berwish* ( Filing fee $ 328, receipt number ACANDC−21097636.) filed by Joel Miller, Dylan Myburgh, Joel Heabeart, Kyle Kelley, Noel Yount, Israel Alatriz, Edward C. Toal, Maria Cecilia Lucanera, James Michael Smith, Justin Moran, Aaron Duncan, Dylan Michaud. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing)(Berwish, Philip) (Filed on 9/8/2025) (Entered: 09/08/2025) |
| 09/08/2025 | 44 | **ORDER. For Dkt. No. 42, defendants may respond to the amended complaint by September 22, 2025. Plaintiffs may file an opposition by October 14, 2025. Defendants may file a reply by October 24, 2025. The case management conference is continued to October 30, 2025. Signed by Judge James Donato on 9/8/2025.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 9/8/2025) (Entered: 09/08/2025)** |
| 09/09/2025 | 45 | **ORDER by Judge James Donato granting 43 Motion for Pro Hac Vice as to Philip R. Berwish. (lrc, COURT STAFF) (Filed on 9/9/2025) (Entered: 09/09/2025)** |
| 09/22/2025 | 46 | Rule 7.1 Disclosures by Coinbase, Inc. identifying Corporate Parent Coinbase Global, Inc. for Coinbase, Inc.. (Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 47 | Rule 7.1 Disclosures by Coinbase Global, Inc. (Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 48 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155275.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Bunting, Kristina) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 49 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155329.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Brachman, Paul) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 50 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155350.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Pisem, Michael) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 51 | MOTION to Dismiss filed by Dylan Myburgh. Motion to Dismiss Hearing set for 10/16/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/6/2025. Replies due by 10/14/2025. (Attachments: # 1 Proposed Order)(Tafur, Mario) (Filed on 9/22/2025) Modified on 9/23/2025. Corrected filers. (krp, COURT STAFF). (Entered: 09/22/2025) |
| 09/22/2025 | 52 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 48 Motion for Pro Hac Vice for Kristina A Bunting.(tl, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025)** |
| 09/22/2025 | 53 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 49 Motion for Pro Hac Vice for Paul D. Brachman.(tl, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025)** |

| | | |
|---|---|---|
| 09/22/2025 | 54 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 50 Motion for Pro Hac Vice for Michael J. Pisem.(tl, COURT STAFF) (Filed on 9/22/2025) (Entered: 09/22/2025)** |
| 09/22/2025 | 55 | MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 56 | MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 57 | MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion to Dismiss Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/22/2025 | 58 | Request for Judicial Notice (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS*, 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS*) *Defendants' Request for Consideration of Documents Incorporated by Reference and for Judicial Notice* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Proposed Order)(Related document(s) 56 , 55 , 57 ) (Luskey, Randall) (Filed on 9/22/2025) Modified text on 9/23/2025 to conform to filing (krp, COURT STAFF). (Entered: 09/22/2025) |
| 09/22/2025 | 59 | Declaration of Randall Scott Luskey in Support of 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS*, 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 56 , 58 , 57 ) (Luskey, Randall) (Filed on 9/22/2025) Modified text on 9/23/2025 to conform to filing (krp, COURT STAFF) (Entered: 09/22/2025) |
| 09/22/2025 | 60 | Declaration of Aleksandar Totkov in Support of 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS*, 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)(Related document(s) 55 , 57 , 56 ) (Luskey, Randall) (Filed on 9/22/2025) (Entered: 09/22/2025) |
| 09/23/2025 | 61 | Amended MOTION to Dismiss filed by Joel Heabeart. Motion to Dismiss Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/7/2025. |

| | | |
|---|---|---|
| | | Replies due by 10/14/2025. (Tafur, Mario) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 10/09/2025 | 62 | **ORDER. The motion for voluntary dismissal, Dkt. No. 61, is granted. Plaintiff Dylan Myburgh is dismissed. The hearing on the motion set for October 30, 2025, is vacated. Signed by Judge James Donato on 10/9/2025.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 10/9/2025) (Entered: 10/09/2025)** |
| 10/14/2025 | 63 | OPPOSITION/RESPONSE (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 64 | OPPOSITION/RESPONSE (re 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 65 | OPPOSITION/RESPONSE (re 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/23/2025 | 66 | AMENDED JOINT CASE MANAGEMENT STATEMENT filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/23/2025) Modified on 10/24/2025. Incorrect event (krp, COURT STAFF). (Entered: 10/23/2025) |
| 10/24/2025 | 67 | REPLY (re 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) (Entered: 10/24/2025) |
| 10/24/2025 | 68 | REPLY (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) (Entered: 10/24/2025) |
| 10/24/2025 | 69 | REPLY (re 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) (Entered: 10/24/2025) |
| 10/30/2025 | 70 | **Minute Entry for proceedings held before Judge James Donato: Motion Hearing held on 10/30/2025. Total Time in Court: 13 minutes. Court Reporter: Marla Knox. (jdlc2, COURT STAFF) (Date Filed: 10/30/2025) (Entered: 11/03/2025)** |
| 11/03/2025 | 71 | **ORDER TRANSFERRING CASE. Signed by Judge James Donato on 11/3/2025. (jdlc2, COURT STAFF) (Filed on 11/3/2025) (Entered: 11/03/2025)** |
| 11/03/2025 | 72 | TRANSCRIPT ORDER for proceedings held on 10/30/2025 before Judge James Donato by Brian Armstrong, Coinbase Global, Inc., Coinbase, Inc., for Court Reporter Marla Knox. (Pisem, Michael) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/04/2025 | Ï | Case transferred to the Southern District of New York per 71 ORDER TRANSFERRING CASE. (krp, COURT STAFF) (Filed on 11/4/2025) (Entered: 11/04/2025) |