UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL HEABEART, et al.,

      Plaintiffs,

  -v-

COINBASE, INC., et al.,

      Defendants.

25-cv-9197 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Defendants Coinbase, Inc., Coinbase Global, Inc., and Brian Armstrong (collectively, "Defendants") move to dismiss the plaintiffs' securities counts (Counts 1 and 2 of their First Amended Complaint) and to compel arbitration of the remaining counts (Counts 3 through 8). After receiving full briefing, the Court held oral argument on March 13, 2026. Following careful consideration, the Court rules as follows:

1. While the current complaint likely fails to state securities claims that meet the pleading requirements of the PSLRA or the statute of limitations, the plaintiffs are hereby given leave to try to cure these deficiencies by filing a Second Amended Complaint by no later than March 20, 2026 (a date that will not be adjourned under any circumstances). If such a complaint is filed, defendants may then renew their motion to dismiss the securities claim by filing a supplemental brief of no more than 25 double-spaced pages, incorporating by

1

reference their prior briefs and oral arguments but addressing any new matters presented by the Second Amended Complaint. This brief must be filed by March 27, 2026. Plaintiffs may then file, by no later than April 3, 2026, a supplemental answering brief of no more than 25 double-spaced pages, incorporating by reference their prior briefs and oral arguments but responding to the arguments set forth in defendants' supplemental brief.

2. While the non-securities counts in the current complaint would, on the current record, likely be referred for arbitration, plaintiffs are given leave to include in their Second Amended Complaint (which, as noted, must be filed by March 20) a basis, if they have one, for asserting that the Coinbase User Agreement is a contract of adhesion so unconscionable as to be unenforceable. If such an assertion is made in the Second Amended Complaint, the defendants can include within the 25 pages of their aforesaid supplemental brief due on March 27 their response to any such assertion, and the plaintiffs can in turn reply to such response within the 25 pages of their aforesaid supplemental brief due on April 3.

3. Following receipt of the aforesaid Second Amended Complaint and supplemental briefs, the Court will resolve by no later than April 15, 2026 all pending motions (including the Court's pending consideration of the imposition of sanctions on plaintiffs' counsel for seemingly including materially misleading purported quotations in both the original and First Amended Complaint). All discovery in this case is stayed pending those rulings.

SO ORDERED.

New York, NY
March 16, 2026

JED S. RAKOFF, U.S.D.J.