UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL HEABEART, et al.,<br><br>            Plaintiffs,<br><br>    -v-<br><br>COINBASE, INC., et al.,<br><br>            Defendants. | 25-cv-9197 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Earlier in this case, the Court issued an Order that permitted, inter alia, (1) plaintiffs to amend their pleadings to cure certain deficiencies, and (2) defendants to renew their motions to dismiss and to compel arbitration if the plaintiffs chose to amend their Complaint. See ECF No. 93.

Before the Court now are the defendants' renewed motions to dismiss plaintiffs' securities claims and to compel arbitration of the plaintiffs' other claims. ECF No. 100, Upon full consideration of the amended Complaint and relevant briefing, the Court hereby grants the defendants' motions to dismiss the securities claims and to compel arbitration of the other claims. An Opinion explaining the reasons for these rulings will issue in due course.[1]

The Clerk's Office is respectfully directed to close ECF Nos. 56, 57, 80, 81, and 102.

SO ORDERED.

---

[1] Defendants' additional motion to strike Exhibit A to plaintiffs' Complaint turns out to be moot.

1

New York, NY
April _____ 22 , 2026

_____
JED S. RAKOFF, U.S.D.J.