**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LOEL HEABEART, ET AL.,

                            Plaintiff,

-against-

COINBASE, INC., ET AL.,

                            Defendants.

25 **CIVIL** 9197 (JSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7,2026, the Court hereby re-confirms its earlier "bottom-line" Order granting the defendants' motions to dismiss the plaintiffs' securities claims and to arbitrate the plaintiffs' non-securities claims in their entirety. Judgment entered in defendants' favor dismissing Counts One and Two and otherwise stays the case pending the results of arbitration.

**Dated:**  New York, New York
         May 8, 2026

                              **TAMMI M. HELLWIG**
                              _____
                              **Clerk of Court**

**BY:**

                              _____
                              **Deputy Clerk**